| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FOXFIRE, INC.,

            Plaintiff,

    v.

FORIA INTERNATIONAL, INC.,

            Defendant.

Case No. C05-5058RJB

ORDER TO SHOW CAUSE

This matter comes before the court on review of the file.

On January 25, 2005, the court issued a Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 3. In that order, the court directed that the parties file a Combined Joint Status Report and Discovery Plan not later than April 26, 2005. *Id*. The court further directed that plaintiff's counsel serve copies of the minute order on all parties who appeared after the order was filed. *Id*. The court directed that plaintiff's counsel would be responsible for starting the communications needed to comply with the minute order. *Id*.

A Combined Joint Status Report and Discovery Plan has not been filed in this case, nor have the parties requested an extension of time to comply with the court's order. It is plaintiff's responsibility to initiate communications needed to comply with the court's orders requiring a Combined Joint Status Report and Discovery Plan, and plaintiff has not shown that she has done so. The court should accordingly dismiss this case without prejudice under Local Rule GR3 unless a Combined Joint Status Report and Discovery Plan is filed forthwith.

ORDER
Page - 1

Therefore, it is hereby

**ORDERED** that, not later than May 27, 2005, the parties shall file a Combined Joint Status Report and Discovery Plan, as required by Fed.R.Civ.P. 26(f) and Local Rule CR 16.  If the Combined Joint Status Report and Discovery Plan is not timely filed, the court will dismiss this case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 13th day of May, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
U.S. District Judge