**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON**

FOXFIRE INC., Plaintiff,

vs

FORIA INTERNATIONAL INC., Defendant

Docket Number: C05-5058RJB

Order to dismiss

THIS MATTER having come on regularly for hearing before the undersigned judge, based upon the Plaintiff's Motion to Dismiss without Prejudice and the Court having reviewed the records and files in this matter;

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff's Motion is granted and this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED this 20th day of June, 2005

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

1

**James W. Larson, Esq.**
301 Creek St.
PO Box 2080
Yelm, WA.  98597
(360) 458-4111 Fax (360) 458-2943
Email:jimlarson@foxfireonline.com